44914. WRIGHT et al. v. M. D. HODGES ENTERPRISES, INC. et al.
(363 SE2d 149)

PER CURIAM.

After plenary consideration of this matter (*Wright v. M. D. Hodges Enterprises, Inc.*, 183 Ga. App. 632 (359 SE2d 700) (1987)), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

DECIDED NOVEMBER 19, 1987.

*Fortson & White, Charles B. Zirkle, Jr., William A. Pannell,* for appellants.

*Carter & Ansley, Robert A. Barnaby II, Christopher N. Shuman,* for appellees.